## No. C-197

## Sidney Arthur Oakley v. Deanna Jeanice Oakley
(514 P.2d 633)

Certiorari dismissed August 11, 1972

Defendant in divorce action alleged he had fraudulently obtained Mexican divorce from previous wife. Trial court found parties not legally married and dismissed action for lack of jurisdiction. Plaintiff appealed. On appeal, Court of Appeals reversed, 30 Colo. App. 292, 493 P.2d 381, and certiorari was granted February 14, 1972. Certiorari dismissed by order of court August 11, 1972.